FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

2:35 pm, 6/3/26

Margaret Botkins
Clerk of Court

SAUL ANGEL FELIPE PEREZ,

Petitioner,

v.

JOHN GROSSNICKLE, in his official capacity as Sheriff of Sweetwater County; *et al.*,

Respondents.

Case No. 26-CV-149-SWS

**JUDGMENT**

This case came before the Court on Saul Angel Felipe Perez's Petition for Writ of Habeas Corpus seeking relief under 28 U.S.C. § 2241 (ECF 1), which was granted by the Court's written Order Granting Petition for Writ of Habeas Corpus (ECF 10). The Federal Respondents' Status Report (ECF 11) establishes the Court's order has been carried into effect.

**IT IS HEREBY ORDERED** that, with the Court having granted the Petition for Writ of Habeas Corpus (ECF 10) and the Federal Respondents having complied with such order (ECF 11), **final judgment** is hereby entered in favor of the Petitioner, and the Clerk of Court will please close this case.

**DATED:** June 3rd, 2026.

F.R.C.P. 58(b)(2) approval as to form:

Scott. W. Skavdahl
United States District Judge

Entered: Margaret Botkins
Clerk of Court

By: ______________________
Mariah Schafersman
Deputy Clerk of Court